UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:20-cv-00566-D

TIFFANIE HOGANS, *on behalf of herself and others similarly situated*, )
)
)
Plaintiff, )
)
v. )
)
CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM, )
)
Defendant. )

DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN <u>LITIGATION</u>

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, Defendant Charter Communications, Inc., makes the following disclosure:

1. Is party is a publicly held corporation or other publicly held entity?

    ( X ) Yes              (   ) No

2. Does party have any parent corporations?

    (   ) Yes              ( X ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% of more of the stock of a party owned by a publicly held corporation or other publicly

    ( X) Yes              (   ) No

    If yes, identify all such owners:

Defendant is aware that Liberty Broadband Corporation owns 10% of more of Charter Communications, Inc.'s stock. Liberty Broadband Corporation is also a publicly held company.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes    ( X ) No

5. Is party a trade association?

    ( ) Yes    ( X ) No

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: N/A

This the 24th day of November, 2020.

CRANFILL SUMNER & HARTZOG LLP

By: /s/ Elizabeth C. King
ELIZABETH C. KING
N.C. State Bar No. 30376
101 N. 3rd Street, Suite 400
Wilmington, NC 28401
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
E-mail: eking@cshlaw.com

*Local Civil Rule 83.1 Counsel for Defendant*

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that I electronically filed the foregoing DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION with the Clerk of Court using the CM/ECF system, which will send a copy to all counsel as follows:

Wesley S. White
Law Offices of Wesley S. White
2300 E. 7th Street, Suite 101
Charlotte, NC 28204
wes@weswhitelaw.com


This the 24th day of November, 2020.

                              CRANFILL SUMNER & HARTZOG LLP

                          By:    /s/ Elizabeth C. King
                                  ELIZABETH C. KING
                                  N.C. State Bar No. 30376
                                  101 N. 3rd Street, Suite 400
                                  Wilmington, NC 28401
                                  Telephone: (910) 777-6000
                                  Facsimile: (910) 777-6111
                                  E-mail: eking@cshlaw.com

                                  *Local Civil Rule 83.1 Counsel for Defendant*