UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIFFANIE HOGANS, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., d/b/a SPECTRUM,<br><br>Defendant. | Civil Action No. 5:20-cv-00566-D |

## ORDER

Having considered the moving papers, and all other matters presented to the Court, the Court finds:

Defendant's Motion for Emergency Relief for Temporary Stay of Discovery Pending Ruling on Pending Motions (ECF 57, 61) is hereby **GRANTED**. The discovery in this matter is hereby **STAYED** pending the Court's ruling on Charter's pending motions (a Motion for Interlocutory Review (ECF 57) and Motion to Stay (ECF 61)).

**SO ORDERED.** This 11 day of February, 2022.

JAMES C. DEVER III
United States District Judge