UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Tiffanie Hogans, *on behalf of herself and others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>Charter Communications Operating, LLC, and Spectrum Southeast, LLC,<br><br>    Defendants. | Civil Action No.: 5:20-cv-00566-D |

### AMENDED ORDER AUTHORIZING DISCLOSURE WITHOUT CONSENT OR NOTICE UNDER THE CABLE COMMUNICATIONS PRIVACY ACT OF 1984

On June 26, 2023, Tiffanie Hogans and Charter Communications Operating, LLC and Spectrum Southeast, LLC (together, "Defendants") filed a Joint Motion to Authorize Disclosure Without Consent Under the Cable Communications Privacy Act of 1984 [D.E. 123]. Having reviewed the parties' submission, and for good cause shown in light of the class discovery to be conducted and similar treatment of such discovery in other Telephone Consumer Protection Act class actions, the joint motion is GRANTED, and the Court ORDERS that Defendants may produce the subject materials pursuant to the Stipulated Protective Order [D.E. 89] without need for consent or notice under the Cable Communications Privacy Act of 1984.

The parties shall file a status report regarding the pending motion to compel, [D.E. 98], by no later than July 25, 2023.

SO ORDERED, this 20 day of July, 2023.

Robert B. Jones, Jr.
United States Magistrate Judge